## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

_____

**This Document Relates to:**

*Vickie Horne, Individually and as Personal
Representative of the Estate of Jennetta
Horne v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50255

*Nelson Nealy v. Boehringer Ingelheim
Pharmaceuticals International, Inc. (sic)*
Civil Action No.: 3:13-cv-50984

*Madeline Barlow v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51210

*Joseph Brockett, Jr., on behalf of the Estate
of Joseph Brockett, Sr., deceased v.
Boehringer Ingelheim Pharmaceuticals,
Inc., et al.* Civil Action No.: 3:13-cv-51291

*Michael Rau and Kristina Rau v.
Boehringer Ingelheim Pharmaceuticals,
Inc., et al.* Civil Action No.: 3:13-cv-50964

*Arminda Dos Santos, Individually, and as
Personal Representative of Manuel Dos
Santos, deceased v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50544

*Tonya F. Anderson v. Boehringer Ingelheim*

*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50335


*Frederick Randolph Burns v. Boehringer
Ingelheim Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51819

*Daniel R. Camacho v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50080

*Jim G. Crawford v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50374

*Richard Bryant Hickson v. Boehringer
Ingelheim Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51815

*Charles Long v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No: 3:14-cv-50314

*Paul Michael Murphy v. Boehringer
Ingelheim Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-50281

*Frances E. Oberste, Individually and as
Representative of the Estate of Joseph J.
Oberste, deceased v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50320

*Daniel J. O'Brien v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv- 50278

*Joseph Frank Parente v. Boehringer
Ingelheim Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51812

*Gloria E. Paul v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*

Civil Action No.: 3:14-cv-50330

*Timothy J. Peterson v. Boehringer*
*Ingelheim Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50334

*Penny M. Potter v. Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv- 50276

*Robert Rogers v. Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv- 50328

*Ruth B. Sanders v. Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50319

*Mr. Roy Sellers, Individually and as Rep. of*
*the Estate of Barbara A. Sellers, Deceased*
*v. Boehringer Ingelheim Pharmaceuticals,*
*Inc., et al.* Civil Action No.: 3:14-cv-50084

*Othel Tilley v. Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50329

*Milford E. Towne, Individually and as Rep.*
*of the Estate of Gladys Loraine Towne,*
*Deceased v. Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50311

*Betty I. Williams, Individually and as Rep. of*
*the Estate of Victor L. Williams, Deceased v.*
*Boehringer Ingelheim Pharmaceuticals,*
*Inc., et al.* Civil Action No.: 3:14-cv-50336

*Mark A. Young v. v.Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51817

*Rosiephine Young v. Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*

Civil Action No.: 3:14-cv-50312

*Loretha M. Dixon v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50546

*Sharron Mack, Individually and as Special
Administrator for the Estate of Kenneth
Husband v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-50133

*Ignacio Ramos v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-50510

*Doreen O'Rourke v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51466

*Lubena Wax v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51591

*Sharon Kerr, as Personal Rep. of the Estate
of Joyce A. Long, Deceased v. Boehringer
Ingelheim Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50526

*Zachary Gordon v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51751

*Sherry Browne, Individually, and as
Administrator of the Estate of Edna Wolfe,
Deceased v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-51379

*Margaret Colbert v. Boehringer Ingelheim
Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-50748

*Rebecca Cope v. Boehringer Ingelheim*

*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:13-cv-50750

*Robert Seip v. Boehringer Ingelheim*
*Pharmaceuticals, Inc., et al.*
Civil Action No.: 3:14-cv-50514

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of Dismissal With Prejudice filed on December 12, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**


BY:   /s/*Cheryl A. Ritter*
**Deputy Clerk**

**Dated:**  December 15, 2014

Digitally signed by
David R. Herndon
Date: 2014.12.15
10:28:22 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**